**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Johnny Lee WESLEY, Defendant–Appellant.**

**No. 15–7029.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2015.

Decided: Nov. 20, 2015.

Johnny Lee Wesley, Appellant Pro Se. James L. Trump, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Lee Wesley appeals the district court's order denying his motion for reduc-

tion of sentence under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Wesley*, No. 1:97–cr–00382–HCM–2 (E.D.Va. May 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*